IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR149 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| COREY A. MCINTOSH, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and with their agreement,

IT IS ORDERED that:

(1) Each side is given until August 20, 2008 to submit briefs and additional materials.

(2) Thereafter, each side is given until August 27, 2008 to submit reply briefs and additional materials.

(3) This matter will be submitted on August 28, 2008, and my chambers shall call this matter to my attention on that date.

August 8, 2008.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge