IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 8:04CR149 |
| v. | ) | |
| | ) | **ORDER** |
| COREY A. MCINTOSH, | ) | |
| Defendant. | ) | |

Upon the unopposed request of the parties,

IT IS ORDERED that:

(1) Each side is given until August 25, 2008, to submit briefs and additional materials.

(2) Thereafter, each side is given until September 2, 2008, to submit reply briefs and additional materials.

(3) This matter will be submitted on September 3, 2008, and my chambers shall call this matter to my attention on that date.

August 21, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge